IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CORWIN D. ARMSTRONG,       )
                                       )
           Plaintiff,         )
                                       )
               v.           )          1:04CV01206
                                       )
DUKE UNIVERSITY, THE FUQUA   )
SCHOOL OF BUSINESS          )
                                       )
          Defendants.     )
_____ )

ORDER

Tilley, Chief Judge

For the reasons set forth in a contemporaneously filed Memorandum Opinion, defendant Duke University's Motion to Stay and to Compel Arbitration [Doc. # 5] is GRANTED and this case is STAYED pending arbitration.

This the day of January 27, 2006

                                      ___/s/ N. Carlton Tilley, Jr.___
                                      United States District Judge